# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE LYN,<br>　　　　　Plaintiff(s),<br>vs.<br>OUTBACK STEAKHOUSE OF FLORIDA, LLC, et al.,<br>　　　　　Defendant(s). | Case No. 2:17-cv-00614-GMN-NJK<br><br>ORDER GRANTING STIPULATION TO EXTEND<br><br>(Docket No. 15) |

Pending before the Court is the parties' stipulation to extend discovery deadlines, originally filed November 27, 2017. Docket No. 15. *See also* Docket No. 13.

The parties request an extension to the discovery cut-off, the dispositive motion deadline, and the joint pretrial order deadline. *Id.* The discovery cut-off, however, was November 22, 2017. Docket No. 12 at 2. When a request to extend a deadline is filed after the deadline has expired, Local Rule 26-4 and Local Rule IA 6-1 both require that the movants "demonstrate that the failure to act was the result of excusable neglect." The parties fail to even address, much less establish, excusable neglect. Moreover, they misstate the requirements of Local Rule 26-4. Docket No. 15 at 1.

//
//
//
//
//

Nonetheless, as a one-time courtesy to the parties, the Court **GRANTS** the parties' stipulation to extend discovery deadlines. Docket No. 15. The Court **SETS** the deadlines as follows:

- Discovery cut-off: December 22, 2017
- Dispositive motions: January 22, 2018
- Pretrial order: February 21, 2018

IT IS SO ORDERED.

DATED: November 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge